AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

_____Northern_____ DISTRICT OF __Oklahoma__

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,
                Plaintiffs,

       V.

Michael Fogarty, et al.,
                Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 01-CV-0187-B(J)

FILED
MAY 10 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

TO: (Name and Address of Defendant)

    Jerry Humble
    9010 Canyon
    Claremore OK    74017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Bullock & Bullock
    320 South Boston, Suite 718
    Tulsa OK   74103-3783

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Phil Lombardi, Clerk            MAY 04 2001

CLERK                                      DATE

_J. Calies_
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7 May 01 |
| NAME OF SERVER T.D. Gresham | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 9732 Canyon, Claremont, OK.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8 May 01
Date

Signature of Server

Tulsa, OK
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.