AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

__Northern__ DISTRICT OF __Oklahoma__

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,
              Plaintiffs,

v.

Michael Fogarty, et al.,
              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  01-CV-0187-B(J)

FILED
MAY 10 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

TO: (Name and Address of Defendant)

    Lyle Roggow
    Member of the OHCA Board of Directors
    1417 W Broadway
    Enid OK   73703

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Bullock & Bullock
    320 South Boston, Suite718
    Tulsa OK   74103-3783

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Phil Lombardi, Clerk

MAY 04 2001

CLERK                                                 DATE

_/s/ J. Colias_
BY DEPUTY CLERK

# ORIGINAL

## RETURN OF PRIVATE PROCESS SERVER

Case No.:: 01-CV-0187-B(J)      County:: NORTHER DISTRIC

I certify that I received the foregoing
SUMMONS,COMPLAINT,AND PLAINTIFF'S MOTION FOR ORDER REQUIRING THE DEFENDANT'S TO PAY THE COST OF PERSONAL SERVICE

on: 5-7-01      and I delivered a true and correct copy
To: LYLE RAGGOW,C/O KIM RAGGOW,WIFE,MEMBER OF HOUSEHOLD AND OVER THE AGE OF FIFTEEN

And To:

At: 1417 W. BROADWAY

In: ENID      GARFIELD      county, OKLAHOMA

Date/Time: 5-7-01  6:42 PM

State of Oklahoma, County of Garfield

I, ROBERT B. REED      of lawful age and having been first duly sworn upon oath state that I am a duly appointed Private Process Server and that I am authorized to serve process under the laws of the State of Oklahoma, that I have read the foregoing Return of Service and that the facts stated therein are true and correct.

*Robert B. Reed*
ROBERT B. REED
Private Process Server00-1

Subscribed and sworn to before me this 8TH     day of     May 2001

My Commission Expires March 9, 2005     Notary Public   Marie Reed

(Seal)     *Marie Reed*