AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

__Northern__ DISTRICT OF __Oklahoma__

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,
               Plaintiffs,

V.

Michael Fogarty, et al.,
               Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 01-CV-0187-B(J)

FILED
MAY 10 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

TO: (Name and Address of Defendant)
    T.J. Brickner, Jr., M.D.
    Vice-Chair of the OHCA Board of Directors
    6161 S Yale      2916 E 68th St
    Tulsa OK  74136    Tulsa OK  74136

    Phone: 494-1585

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Bullock & Bullock
    320 South Boston, Suite718
    Tulsa OK  74103-3783

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Phil Lombardi, Clerk
CLERK

BY DEPUTY CLERK

DATE  MAY 04 2001

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8 May 01 |
| NAME OF SERVER T.D. Greshan | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2916 E. 68 Tulsa, OK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10 May 01
Date

Signature of Server

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.