AO 440 (Rev. 5/85) Summons in a Civil Action



# United States District Court

__Northern__ DISTRICT OF __Oklahoma__

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,
              Plaintiffs,

V.

Michael Fogarty, et al.,
              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 01-CV-0187-B(J)

TO: (Name and Address of Defendant)

    Michael Fogarty
    Chief Executive Officer
    Oklahoma Health Care Authority
    4545 North Lincoln, Suite 124
    Oklahoma City OK 73105

    405-522-7300

F I L E D
MAY 1 1 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Bullock & Bullock
    320 South Boston, Suite 718
    Tulsa OK 74103-3783

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Phil Lombardi, Clerk             MAY 0 4 2001
CLERK                                        DATE

J. Calico
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5-8-2001 |
| NAME OF SERVER BARBARA TATUM | TITLE PSS-00-65 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4545 N. LINCOLN SUITE 124 OKLAHOMA CITY OK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-8/2001   Barbara Tatum PSS-00-65
           Date         Signature of Server

529 N. BLACKWELDER EDMOND OK
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Origin **USDC NORTHERN OK**              **PROOF OF SERVICE**              Case No. **01-CV-0187-**

### DOCUMENTS SERVED: I, being duly sworn, certify that I received the foregoing, to wit:

- ✓ Summons w / Petition or Complaint
- ___ Amended Petition / Complaint
- ___ Petition / 3rd Party Defendant
- ___ Small Claims Affidavit
- ___ Forcible Entry & Detainer
- ___ Hearing on Assets
- ___ Citation for Contempt
- ___ Injunction / Victim Protective Order
- ___ Garnishment / Lis Pendens
- ___ Subpoena Duces Tecum
- ___ Deposition Subpoena
- ___ Witness Fees
- ___ Notice to Take Deposition
- ___ Notice / Order for Hearing
- ___ Motion to Modify
- ___ Motion for Leave / to Vacate / Enter
- ___ Motion / Summary Judgment
- ___ Motion / Deficiency Judgment
- ___ Request for Admissions
- ___ Request for Production
- ___ Replevin Notice / Order
- ___ Interrogatories
- ___ Brief-Plaintiff's / Defendant's
- ___ Journal Entry/Answer
- ___ Cross /Counter Claim
- ___ Writ / Habeas Corpus
- ___ Letter / Notice to Quit
- ___ Temporary Restraining Order

**Other:** _____

### METHOD OF SERVICE: Service made pursuant to:
☐ Oklahoma/Title ____ Section ____  ☒ Federal Rule **4**  ☐ Other ____

(A) That on **5-8-2001** at **730 pm**, I served the above indicated document(s) on the within named **MICHAEL FOGARTY** at **454 N. LINCOLN S6 124 OKC**

(B) Additionally, on ____ at ____, I served the document(s) indicated on the within named ____ at ____

### MANNER OF SERVICE: And served the same according to law in the following manner, to wit:

**PERSONAL SERVICE**
✓ by delivering a true copy of said process to the above named and informing such person of their contents.

**USUAL PLACE OF RESIDENCE**
___ ☐ by leaving a copy of said process for the above named with ____, a resident/family member, who is fifteen years of age or older, at the above listed address which is the usual place of abode or dwelling house of the above named, and informing such person of their contents.

**CORPORATION/PARTNERSHIP/UNINCORPORATED ASSOCIATION, ETC.**
___ ☐ by delivering a cc. of said process to ____ he/she being the service agent, managing agent in charge, an officer, a partner, owner, or the Attorney of Record for the above named entity/individual, and informing such person of their contents.

**POSTED SERVICE**
___ ☐ by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above named individual.

**SERVICE BY MAIL**
___ ☐ by mailing a true copy of said process to the above named, by first class mail/certified mail, restricted delivery, return receipt requested, to the above indicated address on ____.

**NO SERVICE**
___ ☐ Said process WAS NOT SERVED on the above named for reason(s) stated:  ☐ Evading Service  ☐ Not At Home  ☐ Bad Address/No Such Address  ☐ Service Canceled  ☐ Other ____

**OTHER INFORMATION**
☐ ____

JAMES MORROW
Oklahoma County
Notary Public in and for
State of Oklahoma
My commission expires Aug. 4, 2003

Subscribed and sworn to before me this **10** day of **May** 20 **01**

_James Morrow_  8/4/03
Notary Public  (SEAL)  Commission Exp.

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_B. Tatum_
Name of Server
PSS-02-68

**Central Oklahoma Legal Services**
**529 N. Blackwelder • Edmond, OK 73034-5162 • (405) 348-4271**