AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

**Northern** DISTRICT OF **Oklahoma**

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,
              Plaintiffs,

v.

Michael Fogarty, et al.,
              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 01-CV-0187-B(J)

TO: (Name and Address of Defendant)

    Lynn Mitchell, M.D., M.P.H.
    State Medicaid Director
    Oklahoma Health Care Authority
    4545 North Lincoln, Suite 124
    Oklahoma City, OK 73105

FILED
MAY 1 1 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Bullock & Bullock
    320 South Boston, Suite 718
    Tulsa OK 74103-3783

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Phil Lombardi, Clerk
CLERK

MAY 0 4 2001
DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5-9-2001 |

| NAME OF SERVER | TITLE |
|---|---|
| BARBARA TATUM | PSS-00-65 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4545 N. LINCOLN SUITE 124 OKLAHOMA CITY OK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-9-2001                Barbara Tatum
              Date                   Signature of Server

524 N. BLACKWELDER EDMOND OK
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Origin __USDC Northern OK__   **PROOF OF SERVICE**   Case No. __01-CV-0187__

**DOCUMENTS SERVED:** I, being duly sworn, certify that I received the foregoing, to wit:

- ☒ Summons w / Petition of Complaint
- ☒ Amended Petition / Complaint
- ☐ Petition / 3rd Party Defendant
- ☐ Small Claims Affidavit
- ☐ Forcible Entry & Detainer
- ☐ Hearing on Assets
- ☐ Citation for Contempt
- ☐ Injunction / Victim Protective Order
- ☐ Garnishment / Lis Pendens
- ☐ Subpoena Duces Tecum
- ☐ Deposition Subpoena
- ☐ Witness Fees
- ☐ Notice to Take Deposition
- ☐ Notice / Order for Hearing
- ☐ Motion to Modify
- ☐ Motion for Leave / to Vacate / Enter
- ☐ Motion / Summary Judgment
- ☐ Motion / Deficiency Judgment
- ☐ Request for Admissions
- ☐ Request for Production
- ☐ Replevin Notice / Order
- ☐ Interrogatories
- ☐ Brief-Plaintiff's / Defendant's
- ☐ Journal Entry/Answer
- ☐ Cross /Counter Claim
- ☐ Writ / Habeas Corpus
- ☐ Letter / Notice to Quit
- ☐ Temporary Restraining Order
- ☐ Other: _____

**METHOD OF SERVICE:** Service made pursuant to:
☐ Oklahoma/Title _____ Section _____ ☒ Federal Rule __4__ ☐ Other _____

(A) That on __5-9-01__ at __3:30pm__, I served the above indicated document(s) on the within named __Lynn Mitchell__ at __4545 N. Lincoln Ste. 124 OKC__

(B) Additionally, on _____ at _____, I served the document(s) indicated on the within named _____ at _____.

**MANNER OF SERVICE:** And served the same according to law in the following manner, to wit:

**PERSONAL SERVICE**
☒ by delivering a true copy of said process to the above named and informing such person of their contents.

**USUAL PLACE OF RESIDENCE**
☐ by leaving a copy of said process for the above named with _____, a resident/family member, who is fifteen years of age or older, at the above listed address which is the usual place of abode or dwelling house of the above named, and informing such person of their contents.

**CORPORATION/PARTNERSHIP/UNINCORPORATED ASSOCIATION, ETC.**
☐ by delivering a copy of said process to _____ he/she being the service agent, managing agent in charge, an officer, a partner, owner, or the Attorney of Record for the above named entity/individual, and informing such person of their contents.

**POSTED SERVICE**
☐ by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above named individual.

**SERVICE BY MAIL**
☐ by mailing a true copy of said process to the above named, by first class mail/certified mail, restricted delivery, return receipt requested, to the above indicated address on _____.

**NO SERVICE**
☐ Said process WAS NOT SERVED on the above named for reason(s) stated: ☐ Evading Service  ☐ Not At Home  ☐ Bad Address/No Such Address  ☐ Service Canceled  ☐ Other _____

**OTHER INFORMATION**
☐ _____

JAMES MORROW
Oklahoma County
Notary Public in and for
State of Oklahoma
My commission expires Aug. 4, 2003.

Subscribed and sworn to before me
__10__ day of __May__ 20 __01__

__James Morrow__    __8/4/03__
Notary Public (SEAL)    Commission Exp.

Undersigned declares under penalty of perjury that the foregoing is true and correct.

__B. Tatum__
Name of Server
PSS-00-65

**Central Oklahoma Legal Services**
**529 N. Blackwelder • Edmond, OK 73034-5162 • (405) 348-4271**