AO 440 (Rev. 5/85) Summons in a Civil Action



# United States District Court

_Northern_ DISTRICT OF _Oklahoma_

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,
              Plaintiffs,

V.

Michael Fogarty, et al.,
              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 01-CV-0187-B(J)

TO: (Name and Address of Defendant)

    Wayne Hoffman
    Member of the OHCA Board of Directors
    1502 Clayton
    Poteau OK  74593

FILED
MAY 11 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Bullock & Bullock
    320 South Boston, Suite 718
    Tulsa OK  74103-3783

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Phil Lombardi, Clerk

CLERK

BY DEPUTY CLERK

MAY 0 4 2001

DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE May 8th 2001 |
| NAME OF SERVER KATHY REAL | TITLE PROCESS SER PSC 007 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. (Wayne Hoffman) Place where served: 1501 CLAYTON POTEAU, OK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 35⁰⁰ | TOTAL 35⁰⁰ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-8-01     Kathy Real PSC 007
            Date           Signature of Server

PO BX 322 Spiro, OK 74959
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.