AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

__Northern__ DISTRICT OF __Oklahoma__

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,
              Plaintiffs,

v.

Michael Fogarty, et al.,
              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  01-CV-0187-B(J)

TO: (Name and Address of Defendant)

    George Miller
    Member of the OHCA Board of Directors
    7804 NW 21st St
    Bethany OK   73008

F I L E D
MAY 1 5 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Bullock & Bullock
    320 South Boston, Suite 718
    Tulsa OK   74103-3783

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Phil Lombardi, Clerk
CLERK

_[signature]_
BY DEPUTY CLERK

MAY 0 4 2001
DATE

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-11-2001 |
| NAME OF SERVER BARBARA TATUM | TITLE PPS-00-65 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 7804 NW 21ST OKlAhomA City

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/2001   Barbara Tatum
              Date         Signature of Server

529 N. BLACKWELDER EDMOND OK
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Origin **USDC Northern OK**    **PROOF OF SERVICE**    Case No. **01-CV-0187-**

**DOCUMENTS SERVED:** I, being duly sworn, certify that I received the foregoing, to wit:

- [x] Summons w / Petition or Complaint
- [ ] Amended Petition / Complaint
- [ ] Petition / 3rd Party Defendant
- [ ] Small Claims Affidavit
- [ ] Forcible Entry & Detainer
- [ ] Hearing on Assets
- [ ] Citation for Contempt
- [ ] Injunction / Victim Protective Order
- [ ] Garnishment / Lis Pendens
- [ ] Subpoena Duces Tecum
- [ ] Deposition Subpoena
- [ ] Witness Fees
- [ ] Notice to Take Deposition
- [ ] Notice / Order for Hearing
- [ ] Motion to Modify
- [ ] Motion for Leave / to Vacate / Enter
- [ ] Motion / Summary Judgment
- [ ] Motion / Deficiency Judgment
- [ ] Request for Admissions
- [ ] Request for Production
- [ ] Replevin Notice / Order
- [ ] Interrogatories
- [ ] Brief-Plaintiff's / Defendant's
- [ ] Journal Entry/Answer
- [ ] Cross /Counter Claim
- [ ] Writ / Habeas Corpus
- [ ] Letter / Notice to Quit
- [ ] Temporary Restraining Order
- [ ] Other: _____

**METHOD OF SERVICE:** Service made pursuant to:
- [ ] Oklahoma/Title ___ Section ___
- [x] Federal Rule **4**
- [ ] Other ___

(A) That on **5-11-01** at **6:10 pm**, I served the above indicated document(s) on the within named **GEORGE MILLER** at **7804 NW 21ST Bethany OK**

(B) Additionally, on ___ at ___, I served the document(s) indicated on the within named ___ at ___.

**MANNER OF SERVICE:** And served the same according to law in the following manner, to wit:

**PERSONAL SERVICE**
- [x] by delivering a true copy of said process to the above named and informing such person of their contents.

**USUAL PLACE OF RESIDENCE**
- [ ] by leaving a copy of said process for the above named with ___, a resident/family member, who is fifteen years of age or older, at the above listed address which is the usual place of abode or dwelling house of the above named, and informing such person of their contents.

**CORPORATION/PARTNERSHIP/UNINCORPORATED ASSOCIATION, ETC.**
- [ ] by delivering a copy of said process to ___ he/she being the service agent, managing agent in charge, an officer, a partner, owner, or the Attorney of Record for the above named entity/individual, and informing such person of their contents.

**POSTED SERVICE**
- [ ] by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above named individual.

**SERVICE BY MAIL**
- [ ] by mailing a true copy of said process to the above named, by first class mail/certified mail, restricted delivery, return receipt requested, to the above indicated address on ___.

**NO SERVICE**
- [ ] Said process WAS NOT SERVED on the above named for reason(s) stated: ☐ Evading Service ☐ Not At Home ☐ Bad Address/No Such Address ☐ Service Canceled ☐ Other ___

**OTHER INFORMATION**
- [ ] ___

JAMES MORROW
Oklahoma County
Notary Public in and for
State of Oklahoma
My commission expires Aug. 4, 2003.

Subscribed and sworn to before me this **11** day of **May** 20**01**

*James Morrow* — Notary Public    **8/4/03** Commission Exp.    (SEAL)

Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Tatum* — Name of Server

PSS-02-65

**Central Oklahoma Legal Services**
**529 N. Blackwelder • Edmond, OK 73034-5162 • (405) 348-4271**