AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

ORIGIN
Please Re

Northern _____ DISTRICT OF ___ Oklahoma

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,

Plaintiffs,

v.

Michael Fogarty, et al.,

Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   01-CV-0187-B(J)



TO: (Name and Address of Defendant)

Charles Ed McFall
Chairman of the OHCA Board of Diectors
219 E Josephine
Frederick OK  73542

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Bullock & Bullock
320 South Boston, Suite718
Tulsa OK  74103-3783

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

Phil Lombardi, Clerk                              MAY 0 4 2001

CLERK                                              DATE

BY DEPUTY CLERK

*101-1*

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE<br>May 10th, 2001 at 9:45 a.m. |
|---|---|
| NAME OF SERVER<br>Larry W. Maples | TITLE<br>Licensed Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Charles Ed McFall, Chairman of the OHCA Board of Directors at 219 East Josephine, Frederick, OK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *10 May 2001*  _Larry W. Maples_  PSS-1
                 Date              Signature of Server

*431 S.W. C. Ave Suite #102 Lawton, OK*
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.