AO 440 (Rev. 5/85) Summons in a Civil Action



# United States District Court

__Northern__ DISTRICT OF __Oklahoma__

Oklahoma Chapter of the American
Academy of Pediatrics (OKAAP),
et al.,
                Plaintiffs,

V.

Michael Fogarty, et al.,
                Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 01-CV-0187-B(J)

FILED
MAY 2 2 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

TO: (Name and Address of Defendant)

    Ronald Rounds, O.D.
    Member of the OHCA Board of Directors
    7339 E Chandler
    Muskogee OK  74403

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Bullock & Bullock
    320 South Boston, Suite 718
    Tulsa OK  74103-3783

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Phil Lombardi, Clerk
CLERK

MAY 0 4 2001
DATE

J. Calic
BY DEPUTY CLERK

# PROOF OF SERVICE

Origin / County _____ State **OK** Federal **NorTHErn** Case No. **01-0187-B(**

**DOCUMENTS SERVED:** I, being duly sworn, certify that I received the foregoing, to wit on _____

- ✓ Summons w/ Petition or Complaint
- ___ Amended Petition / Complaint
- ___ Petition / 3rd Party Defendant
- ___ Small Claims Affidavit / Money Judgement
- ___ Small Claims Replevin
- ___ Hearing on Assets
- ___ Citation for Contempt
- ___ Witness Fee / Amount
- ___ Other
- ___ Injunction/Victim Protective Order
- ___ Garnishment/Lis Pendens
- ___ Subpoena Duces Tecum
- ___ Deposition Subpoena
- ___ Fees/Subpoena
- ___ Notice to Take Deposition
- ___ Notice
- ___ Petition / Guardianship
- ___ Motion to Modify
- ___ Motion for Leave/to Vacate/Enter
- ___ Motion/Summary Judgement
- ___ Motion/Deficiency Judgement
- ___ Request for Admissions
- ___ Request for Production
- ___ Replevin Notice/Order
- ___ Restraining Order
- ___ Interrogatories
- ___ Brief-Plaintiff's/Defendant's
- ___ Journal Entry/Answer
- ___ Cross/Counter Claim
- ___ Writ/Habeas Corpus
- ___ Letter/Notice to Quit
- ___ Application/Temporary Order
- ___ Order for Hearing

**METHOD OF SERVICE:** Service made pursuant to:

☐ Oklahoma/Title 12 O.S. Section 158.1  ☑ Federal Rule 4  Other _____

(A) That on **May 9-2001** at **11:00** (a.m.) p.m., I served the above indicated document(s) on the within named **Ronald Rounds. O.D. As Member** at **7339 E Chandler Muskogee OK**

(B) Additionally, on _____ at _____ a.m. p.m., I served the document(s) indicated on the within named **Of OHCA Board of Directors** at _____

**MANNER OF SERVICE:** And served the same according to law in the following manner, to wit:

**PERSONAL SERVICE**

____ ☐ by delivering a true copy of said process to the above named and informing such person of their contents.

**USUAL PLACE OF RESIDENCE**

**A** ☑ by leaving a copy of said process for the above named with **His Wife**, a resident/family member, who is fifteen years of age or older, at the above listed address which is the usual place of abode or dwelling house of the above named, and informing such person of their contents.

**CORPORATION / PARTNERSHIP / UNINCORPORATED ASSOCIATION / GOVERNMENT ENTITIES, ETC.**

____ ☐ by delivering a copy of said process to _____ he / she being the service agent authorized to accept service, managing agent in charge, and officer, a partner, owner, or the Attorney of Record for the above named entity/individual, and informing such person of their contents.

**POSTED SERVICE**

____ ☐ by affixing a copy of said process to the premises at the address indicated, which is in the possession of the above named individual.

**NO SERVICE**

____ ☐ Said process WAS NOT SERVED on the above named for reason(s) stated: ☐ Evading Service ☐ Not at Home
☐ Bad Address / No Such Address  ☐ Service Canceled  ☐ Other _____

**OTHER INFORMATION**

Subscribed and sworn to before me this day of **May 19 2001** 200__
EXP. 07-15-02
Notary Public/Court Clerk   Commission Exp.

Undersigned declares under penalty of perjury that the foregoing is true and correct.
Name of Server **2000-6-STATEWIDE** License #

## STATEMENT OF FEES

| | | | |
|---|---|---|---|
| PROCESS SERVICE FEE: | $35.00 | BAD ADDRESS / ENDEAVOR: | $_____ |
| URGENT / RUSH FEE: | $_____ | SKIP / LOCATE / RESEARCH: | $_____ |
| MILEAGE @ ___ (#TRIPS): | $_____ | COURIER / COURT FILING: | $_____ |
| HOURLY (TRAVEL / WAIT): | $_____ | FEES / COST ADVANCED: | $_____ |
| ADDITIONAL SERVICE: | $_____ | TOTAL DUE: | $35.00 |

## UNITED PROCESS SERVICE

P.O. BOX 1851 • MUSKOGEE, OK 74402-1851 • (918) 687-3821 • BEEPER (918) 684-0604
FEDERAL ID# 73-1530236