IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OKLAHOMA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS (OCAAP); COMMUNITY ACTION PROJECT OF TULSA COUNTY, INC. (CAPTC); **K.M.W.,** by her other and next friend Tracy T.; **J.L.O., E.H.C., M.A.P. and M.S.P.,** by their mother and next friend Lisa P; **C.A.T., K.P.T., and J.W.T.,** by their parents and next friends Rowena T. and Kevin T.; **C.A.S. and R.M.G.,** by their parents and next friends, Janice G. and Theodore G.; **J.W.H. and E.L.H.,** by their parents and next friends, Regina H. and Gus H.; and **S.M.,** by her mother and next friend, Heather R., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **F I L E D** MAY 2 4 2001 Phil Lombardi, Clerk U.S. DISTRICT COURT |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | No. 01 CV 0187B (J) |
| **MICHAEL FOGARTY,** Chief Executive Officer of the Oklahoma Health Care Authority (OHCA); **LYNN MITCHELL,** State Medicaid Director; **CHARLES ED McFALL,** Chairman of the OHCA Board of Directors; **T.J. BRICKNER, JR.,** Vice-Chair of the OHCA Board of Directors; **WAYNE HOFFMAN,** Member of the OHCA Board of Directors; **JERRY HENLEE,** Member of the OHCA Board of Directors; **RONALD ROUNDS, O.D.,** Member of the OHCA Board of Directors; **GEORGE MILLER,** Member of the OHCA Board of Directors; and **LYLE ROGGOW,** Member of the OHCA Board of Directors, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |



## DEFENDANTS' MOTION TO CHANGE
## VENUE WITH BRIEF IN SUPPORT

Pursuant to the provisions of Rule 12b(3), Defendants move the Court to transfer this case to the United States District Court for the Western District of Oklahoma on the grounds that venue is improper in the Eastern District of Oklahoma and the Western District of Oklahoma is the proper venue and most convenient forum, all as is more fully set forth in the Brief submitted in support of this Motion.

## BRIEF

Defendants are employees of the State of Oklahoma Health Care Authority ("OHCA") and citizens of the State of Oklahoma ("State") who volunteer their time to serve as members of the board which oversees the operation of the Healthcare Authority.

All Defendants are sued in their "official" capacity and therefore the real party in interest and proper party Defendant is the State of Oklahoma, ex rel. The Oklahoma Healthcare Authority. Will v. Michigan Department of State Police, 491 U.S. 58, 109 S.Ct. 2304, 105 L.Ed.2d 45 (1989)

The sole office of the OHCA is located in Oklahoma City in the Western District of Oklahoma. All records related to the issues raised in Plaintiffs' Complaint are located in Oklahoma City, Western District of Oklahoma. All persons with any knowledge about the OHCA's acts or omissions related to the issues raised in Plaintiff's Complaint, who may be called as witnesses, live and work in Oklahoma City, Western District of Oklahoma. The board which oversees the operations of the OHCA (of which some nominal Defendants are members) meets on

2

all but a few occasions in Oklahoma City, Western District of Oklahoma. All decisions which are challenged by the allegations of Plaintiffs' Complaint were made in Oklahoma City, Western District of Oklahoma.

Title 42 U.S.C. § 1391(b) provides that civil actions not based on diversity may be brought only in a district where the defendant resides or a judicial district where a substantial part of the events or omissions giving rise to the claim occurred.

The real party defendant, the State of Oklahoma, ex rel. The Oklahoma Health Care Authority "resides" in Oklahoma City, Western District of Oklahoma. All of the decisions (events and omissions) about which Plaintiffs complain were made in Oklahoma City, Western District of Oklahoma. Thus, the Western District of Oklahoma is the proper venue.

Moreover, all records related to the events and omissions alleged in the Complaint are located in Oklahoma City, Western District of Oklahoma. All witnesses with knowledge of the events and omissions alleged in the Complaint reside and work in Oklahoma City, Western District of Oklahoma. Plaintiffs J.L.O., E.H.C., M.A.P. and M.S.P. reside in Logan County, Western District of Oklahoma; Plaintiffs C.A.T., K.D.T. and J.W.T. reside in Lincoln County, Western District of Oklahoma; and Plaintiffs J.W.H. and E.L.H. reside in Pontotoc County, Eastern District of Oklahoma, but the events which give rise to their complaints occurred in Oklahoma City, Western District Oklahoma and is the most convenient forum.

The proper and most convenient venue for this action is the United States District Court for the Western District of Oklahoma at Oklahoma City, Oklahoma.

Respectfully submitted,

JAMES M. ROBINSON, OBA#7678
ASSISTANT ATTORNEY GENERAL
LITIGATION DIVISION
4545 North Lincoln Blvd., Suite 260
Oklahoma City, Oklahoma 73105-3498
(405) 521-4274  FAX (405) 528-1867

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the above and foregoing document was mailed, postage prepaid thereon, on the 23 day of May, 2001, to:

Patricia W. Bullock
Bullock and Bullock
320 South Boston, Suite 718
Tulsa, OK  74103-3783
Attorneys for Plaintiffs

JAMES M. ROBINSON